AQUAWOOD, LLC (trading as
ToyQuest), Plaintiff–
Appellee,

v.

WORLDSLIDE, LLC and Forrest B.
Phillips, Defendants–Appellants.

No. 2013–1592.

United States Court of Appeals,
Federal Circuit.

March 10, 2014.

Stephen M. Lobbin, The Eclipse Group, LLP, of Irvine, CA, argued for plaintiff-appellee.

William S. Bernheim, Bernheim, Gutierrez & McCready, of Dixon, CA, argued for defendants-appellants.

LOURIE, BRYSON, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**